■ HOWARD I. SHAPIRO, Respondent, v MARTIN R. FINE, Appellant.—Order, Supreme Court, New York County, entered on September 4, 1979, so

far as appealed from, unanimously affirmed for the reasons stated by Myers, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Fein, Lupiano and Ross, JJ.